**Information to identify the case:**

| Debtor 1 | James Albert Bucci | Social Security number or ITIN | xxx–xx–9261 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 18–22766–VFP | | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James Albert Bucci
dba Bucci

9/28/18                                                             **By the court:**   Vincent F. Papalia
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
James Albert Bucci  
    Debtor

Case No. 18-22766-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2018  
                 Form ID: 318     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
```
db            +James Albert Bucci,    41 Simms Street,    Dover, NJ 07801-2041
aty           +Forman Holt,   66 route 17 North, First Fl,    Paramus, NJ 07652-2672
517609844     +Citibank/The Home Depot,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
517609846     +Client Services Inc,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
517609847     +D&A Services,    1400 E. Touhy Avenue - Suite G2,    Des Plaines, IL 60018-3338
517609848     +Jn Portfolio Debt Equities, LLC,   Attn: Bankruptcy,   5757 Phantom Dr. Ste 225,
               Hazelwood, MO 63042-2429
517609849     +MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +E-mail/Text: cforman@iq7technology.com Sep 29 2018 00:21:31     Charles M. Forman,
               Forman Holt,    66 Route 17 North,    Paramus, NJ 07652-2742
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2018 00:20:22      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2018 00:20:17      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517609841      EDI: ARSN.COM Sep 29 2018 03:48:00      ARS National Services Inc.,   PO Box 469100,
               Escondido, CA 92046-9100
517609842     +EDI: CHASE.COM Sep 29 2018 03:48:00      Chase Card Services,    Correspondence Dept,
               Po Box 15298,    Wilmington, DE 19850-5298
517609843     +EDI: CHASE.COM Sep 29 2018 03:48:00      Chase Card Services,    Po Box 15298,
               Wilmington, DE 19850-5298
517609845     +EDI: CITICORP.COM Sep 29 2018 03:48:00      Citibank/The Home Depot,    Po Box 6497,
               Sioux Falls, SD 57117-6497
517609850      EDI: TFSR.COM Sep 29 2018 03:48:00      Toyota Motor Credit Co,    PO Box 8026,
               Cedar Rapids, IA 52408
517609851     +EDI: TFSR.COM Sep 29 2018 03:48:00      Toyota Motor Credit Co,    PO Box 9786,
               Cedar Rapids, IA 52409-0004
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:
```
              Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Erin   Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Jonathan   Stone    on behalf of Debtor James Albert Bucci jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```