## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: James Albert Bucci, | Case No.:    18-22766 (VFP) |
| Debtor | Chapter    7 |
|  | Judge: Honorable Vincent F. Papalia |

---

### NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk: United States Bankruptcy Court, District of New Jersey
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on March 26, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 3B, 50 Walnut Street, Newark, New Jersey. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
> The Trustee proposes to abandon the estate's interest in the debtor's claim against Sergio Quiroga arising from an automobile accident that occurred on August 21, 2017. The Trustee has investigated the nature of this claim and believes it to be of inconsequential value to the estate.

> Liens on property:
> Unknown

> Amount of equity claimed as exempt:
> $23,675.00

Objections must be served on, and requests for additional information directed to:

*/s/ Erin J. Kennedy*
Erin J. Kennedy
Forman Holt, 66 Route 17 North, Paramus, New Jersey 07652
Tel: 201.845.1000 Email: ekennedy@formanlaw.com

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-22766-VFP
James Albert Bucci                                                        Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Feb 22, 2019
                             Form ID: pdf905       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
```
db              +James Albert Bucci,    41 Simms Street,   Dover, NJ 07801-2041
aty             +Forman Holt,    66 route 17 North, First Fl,   Paramus, NJ 07652-2672
517609842       +Chase Card Services,    Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517609843       +Chase Card Services,    Po Box 15298,   Wilmington, DE 19850-5298
517609845       +Citibank/The Home Depot,    Po Box 6497,   Sioux Falls, SD 57117-6497
517609844       +Citibank/The Home Depot,    Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
517609846       +Client Services Inc,    3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
517609847       +D&A Services,    1400 E. Touhy Avenue - Suite G2,   Des Plaines, IL 60018-3338
517609848       +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,   5757 Phantom Dr. Ste 225,
                 Hazelwood, MO 63042-2429
517609849       +MRS BPO, LLC,    1930 Olney Ave,   Cherry Hill, NJ 08003-2016
517609850       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Co,    PO Box 8026,   Cedar Rapids, IA 52408)
517609851       +Toyota Motor Credit Co,    PO Box 9786,   Cedar Rapids, IA 52409-0004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 22:42:20    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 22:42:18    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517609841        E-mail/Text: legal@arsnational.com Feb 22 2019 22:42:12    ARS National Services Inc.,
                 PO Box 469100,   Escondido, CA 92046-9100
                                                                                      TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
```
              Charles M. Forman    cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com
              Erin Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Jonathan Stone    on behalf of Debtor James Albert Bucci jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 5
```